UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,                  Case No. 3:07cr150

            -vs-                      HON. JACK ZOUHARY

RICARDO GARZA-MONTEMAYOR,

                    Defendant.

## ORDER


The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties

and no objection was made within the required time.

THEREFORE , IT IS ORDERED

1.     The Report and Recommendation of the Magistrate Judge filed 6/28/07  is

approved and adopted as the Opinion and Findings of this Court.

2.     Defendant Ricardo Garza-Montemayor's plea of guilty to Count 1 of the
        Indictment is accepted. Defendant is adjudicated guilty.

3.     **Sentencing is scheduled on November 2,  2007 at 2:00 p.m., in Room 209,**

**1716 Spielbusch Avenue, Toledo, Ohio before the Honorable Jack Zouhary.**

IT IS SO ORDERED.

                        *s/*   *Jack Zouhary*   7/17/07
                        United States District Judge


**\* Interpreter notified**